IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GERMAINE R. RUDDICK,**

    Plaintiff,

vs.                                          Case No. 4:11cv332-SPM/WCS

**FLORIDA DEPARTMENT
OF CORRECTIONS,**

    Defendants.

                                       /

## REPORT AND RECOMMENDATION

Plaintiff initiated this civil rights action on July 11, 2011, by filing a complaint, doc. 1, a motion for leave to proceed *in forma pauperis*, doc. 2, and a motion for preliminary injunction, doc. 3.  Plaintiff was directed to supplement his *in forma pauperis* motion, doc. 5, and Plaintiff's supplemental motion has been reviewed.  Doc. 6.  Plaintiff also submitted a supplement to his civil rights complaint, doc. 7.

Plaintiff provided a printout of his inmate bank account statement which shows a lien against his account by the Department of Corrections for legal copies in the amount of $1,870.00.  Doc. 6, p. 3.  Such a high lien prompted review of Plaintiff's prior litigation history.

Plaintiff has filed some twenty-two cases in the federal courts in the State of Florida, only two of which have been in the Northern District of Florida.[1] Plaintiff is incarcerated at Florida State Prison in Raiford, Florida. Doc. 1. Plaintiff did not use a proper complaint form in submitting this case, doc. 1, and fails to acknowledge any of the prior cases. Plaintiff's litigation history demonstrates that Plaintiff is aware of the need to submit a complaint on court forms. Judicial notice is taken that Plaintiff was even issued a court order in the Middle District of Florida that overruled his objections to having to use the approved court forms. Case 2:05cv433, doc. 9. The order is also instructive because Plaintiff had failed to report all his prior lawsuits. Moreover, the order outlines for this Court the cases which Plaintiff failed to list, and which were dismissed on the grounds that they were frivolous, malicious, failed to state a claim, or abused the judicial process. *Id.* It is unnecessary for present purposes to list all of those cases, but the following cases are noted:

Case 9:01cv8247, filed in the S.D. Fla, and dismissed on August 28, 2001, for failure to state a claim and under 28 U.S.C. § 1915(e)(2)(B)(iii).

Case 9:00cv9144, filed in the S.D. Fla, and dismissed on April 23, 2001, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); dismissal was affirmed on appeal.

Case 1:00cv3724, filed in the S.D. Fla, and dismissed on May 10, 2001, for failure to state a claim, as frivolous, and for seeking monetary relief against a defendant immune from such relief under 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii); plaintiff's appeal was also dismissed as frivolous.

Doc. 9, case 2:05cv433. The Court denied Plaintiff's motion to proceed *in forma pauperis* and case 2:05cv433 was dismissed on October 27, 2005, because Plaintiff had three strikes under 28 U.S.C. § 1915(g), and was not under imminent danger of

---

[1] One case was a § 2254 habeas petition, and this is Plaintiff's second case.

Case No. 4:11cv332-SPM/WCS

serious physical injury.  Doc. 9 of that case.  Similarly, case 2:05cv472 was dismissed in the Middle District on October 10, 2005, for the same reasons (doc. 6 of that case), as was case 2:05cv474, which was dismissed on October 12, 2005.

In this case, Plaintiff does not allege that he is under imminent danger of serious physical injury.  Doc. 1.  Instead, Plaintiff complains about receiving disciplinary reports for refusing to shave and have a haircut.  Plaintiff contends officers threaten to use force to administer a shave and haircut.  *Id.*  That is not serious physical injury.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motions for leave to proceed *in forma pauperis*, docs. 2 and 6, be **DENIED** and this case be **DISMISSED** as Plaintiff is not entitled to proceed with *in forma pauperis* status, and that the order adopting this report and recommendation direct the Clerk of Court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

**IN CHAMBERS** at Tallahassee, Florida, on August 4, 2011.


 S/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**