IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERMAINE R. RUDDICK,

    Plaintiff,

vs.                                  CASE NO.: 4:11-CV-332-SPM/WCS

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 8).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff filed a "Motion to Quash Magistrate Recommended Order" (doc. 9) which the Court will construe as objections.  Upon consideration, and despite the objections filed by Plaintiff, I have determined that the Report and Recommendation should be adopted.

Pursuant to 28 U.S.C. § 1915(g), Plaintiff is not at liberty to bring a civil action under this section if he has, on three or more prior occasions, while incarcerated or detained, brought an action in a United States court that was dismissed on grounds that it was frivolous, malicious, or failed to state a claim

unless he is in imminent danger of serious physical injury. As noted in the Report and Recommendation, on at least three occasions Plaintiff has brought an action that was dismissed on one of the above-mentioned grounds. Moreover, Plaintiff complains about receiving disciplinary reports for refusing to shave and have a haircut, and contends that officers threaten to use force to get him to do so. Plaintiff has failed to establish that he is threatened by any serious physical injury.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 8) is **adopted** and incorporated by reference into this order.

2. The Motions for Leave to Proceed *In Forma Pauperis* (docs. 2 and 6) are **denied**.

3. The Motion for Preliminary Injunction is **denied** (doc. 3).

4. This case is **dismissed**.

5. The Clerk is hereby directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this 19th day of October, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge